# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: CLOSURE DECISION OF : No. 14 WM 2015
PENNSYLVANIA DEPARTMENT OF :
STATE, BUREAU OF COMMISSIONS, :
ELECTIONS AND LEGISLATION :
:
:
PETITION OF: ROBERT J. FRASCONI :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2015, the Application for Extraordinary Relief is **DISMISSED AS MOOT**.